# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. LAGRONE, JR., <br><br> Plaintiff, <br><br> v. <br><br> COULTAS, <br><br> Defendant. | Case No. 1:22-cv-00725-BAM (PC) <br><br> ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE TO ACTION <br><br> FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* BE DENIED <br><br> (ECF No. 2) <br><br> **FOURTEEN (14) DAY DEADLINE** |

Plaintiff Mark S. LaGrone, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on May 19, 2022, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, in the Sacramento Division of the United States District Court for the Eastern District of California. (ECF Nos. 1, 2.) This action was transferred to the Fresno Division on June 15, 2022. (ECF No. 5.) On June 16, 2022, Plaintiff filed a certified copy of his prison trust account statement. (ECF No. 8.)

Examination of Plaintiff's trust account statement reveals that Plaintiff is able to afford the costs of this action. Specifically, Plaintiff's current available balance in his inmate trust account is $2,931.28. (ECF No. 8, p. 1.)

1

Accordingly, the Court HEREBY ORDERS the Clerk of the Court to randomly assign a District Judge to this action.

Further, it is HEREBY RECOMMENDED that:

1. The motion to proceed *in forma pauperis*, (ECF No. 2), be DENIED; and
2. Plaintiff be ORDERED to pay the $402.00 initial filing fee in full to proceed with this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Plaintiff is advised that the failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **June 16, 2022**            /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE