# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. LAGRONE, JR., | Case No. 1:22-cv-00725-JLT-BAM (PC) |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| COULTAS, *et al.*, | (ECF No. 12) |
| Defendants. | |

Plaintiff Mark S. LaGrone, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 16, 2022, the Court issued findings and recommendations recommending that Plaintiff's motion for leave to proceed *in forma pauperis* be denied and Plaintiff be required to pay the $402.00 filing fee to proceed with this action. (ECF No. 11.)

On June 24, 2022, Plaintiff filed a motion to withdraw this claim, which the Court construes as a notice of voluntary dismissal. (ECF No. 12.) Plaintiff requests that his claim be withdrawn, as he was not aware that for a claim to have merit there must be physical injury related to the mental health injury. Plaintiff therefore requests that the court withdraw his claim promptly. (*Id.*)

"[U]nder Rule 41(a)(1)(A)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment."

1

*Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Id.* at 1078.  No defendant has been served in this action and no defendant has filed an answer or motion for summary judgment.

As Plaintiff did not specify whether the dismissal is with or without prejudice, the Court finds that a dismissal without prejudice is appropriate.  Fed. R. Civ. P. 41(a)(2).

Accordingly, this action is terminated, without prejudice, by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated:   **June 28, 2022**                         /s/ *Barbara A. McAuliffe*              
                                                            UNITED STATES MAGISTRATE JUDGE

2